IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 6:16-CR-17-01 |
| | § | JUDGES CLARK/LOVE |
| HALEY STILL (01) | § § § | |

**FACTUAL BASIS**

Investigation by the Bureau of Alcohol, Tobacco, Firearms and Explosives, Longview Police Department, Gregg County Sheriff's Department, Texas Department of Public Safety, and other agencies has disclosed the following facts, which I accept as true and correct, establishing that I, the defendant, **Haley Still,** violated 21 U.S.C. §841(a)(1) (possession with intent to distribute methamphetamine):

1. On or about October 7, 2015, I was lawfully arrested and lawfully searched by a Harrison County Sherriff's Deputy while I knowingly and intentionally possessed approximately 177 grams of a mixture or substance containing a detectable amount of methamphetamine.

2. I admit that I knew the substance was a mixture or substance containing a detectable amount of methamphetamine, and that I possessed it with the intent to distribute it in violation of the law.

3. I agree, admit, and stipulate that the United States could prove by expert testimony that the substance I possessed was in fact methamphetamine, a Schedule II controlled substance as described under federal law and in the Indictment. I also agree,

admit, and stipulate that the methamphetamine I possessed with the intent to distribute was analyzed and determined to weigh a total of approximately 177 grams.

4. I am pleading guilty to the Indictment in this case because I am guilty of the violation alleged. I have had an opportunity to consult with an attorney and I am satisfied with the advice and counsel provided to me. I acknowledge that these acts violated Title 21 United states Code, Section 841(a)(1). I hereby stipulate that the facts described above are true and correct, and I accept them as the uncontested facts of this case.

Dated: 11/22/16

_____
HALEY STILL
Defendant

I have reviewed this Factual Resume with the defendant. Based on these discussions, I am satisfied that he understands the terms and effect of the Factual Resume and that he has signed it voluntarily.

Dated: 11/22/16

_____
JASON CASSEL
Attorney for Defendant