IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:16-CR-17-01 |
| | § | JUDGES CLARK/LOVE |
| HALEY STILL (01) | | |

### ELEMENTS OF THE OFFENSE

You are charged in Count 2 of the Indictment with possession with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of 21 United States Code §841(a)(1). The essential elements which must be proven to establish a violation of this offense are:

FIRST: That you knowingly possessed the controlled substance.

SECOND: That the substance was in fact methamphetamine.

THIRD: That you possessed the substance with the intent to distribute it.

FOURTH: That the quantity of the substance was as alleged in the Indictment.

Respectfully submitted,

BRIT FEATHERSTON
ACTING U.S. ATTORNEY

*/s/ D. Ryan Locker*
D. RYAN LOCKER
Assistant United States Attorney
Texas Bar No. 24046307
110 N. College, Suite 700
Tyler, Texas   75702
(903) 590-1400
Ryan.Locker@usdoj.gov

## CERTIFICATE OF SERVICE

On this the 17th day of November, 2016, I, D. Ryan Locker, Assistant United States Attorney for the Eastern District of Texas, do certify that a true and correct copy of the foregoing instrument has been served on counsel of record for defendant via the Court's CM/ECF filing system.

                                                                    /s/ D. Ryan Locker
                                                                    D. RYAN LOCKER